UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIULE LIN,<br><br>Defendant | Criminal No. 20-10210-JCB<br><br>Violation:<br><br>Count One: Distribution and Sale of Unregistered Pesticide |

SUPERSEDING INFORMATION

COUNT ONE
Distribution and Sale of Unregistered Pesticide
(7 U.S.C. § 136j(a)(1)(A); 136l(b)(1)(B))

The United States Attorney charges:

On or about April 10, 2020, in the District of Massachusetts, the defendant,

JIULE LIN,

did knowingly distribute and sell a pesticide that was not registered, that is the defendant sold one and more packages of TOAMIT Virus Shut Out, which at the time was not registered under Title 7, United States Code, Section 136a, and that was not otherwise authorized by the Administrator of the U.S. Environmental Protection Agency.

All in violation of Title 7, United States Code, Section 136j(a)(1)(A) and 136l(b)(1)(B).

ANDREW E. LELLING
United States Attorney

By: _____
ADAM W. DEITCH
Assistant U.S. Attorney